UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| ERIC JOHNSON, | : | Bankruptcy No. 05-39240DWS |
| DENISE COADY, | : | |
| | : | |
| Debtors. | : | |

# ORDER

**AND NOW**, this 9th day of November 2005, the Eric Johnson ("Johnson") and Denise Coady (together "Debtors") having filed pro se a voluntary petition in bankruptcy under Chapter 13 on October 31, 2005;

**And** the Court having issued an order dated July 28, 2005 (the "Bar Order"), granting the Chapter 13 trustee's motion to dismiss Johnson's prior Chapter 13 case, no. 05-14703DWS, and barring him from filing any further bankruptcy case, individually or jointly, for a period of one-hundred and eighty (180) days without leave of court;

**And** the October 31, 2005 petition having been filed within the 180 bar period in violation of the Bar Order;

It is hereby **ORDERED** that the above-captioned case is **DISMISSED**. Debtors are barred from filing any further petition in bankruptcy without leave of Court.

_____
DIANE WEISS SIGMUND
Chief U.S. Bankruptcy Judge

Copies to:

-2-

Eric Johnson
6721 Ditman Street
Philadelphia, PA  19135

Denise Coady
6721 Ditman Street
Philadelphia, PA  19135

William C. Miller, Esquire
Standing Chapter 13 Trustee
P. O.  Box 40119
Philadelphia, PA 19106-0119

Dave P. Adams, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107